**Cindy Cummings, CSR**
*Official Court Reporter - 433rd District Court*
**150 N. Seguin, Suite 317**
**New Braunfels, Texas 78130**
**(830) 221-1279**

December 23, 2015

Mr. Jeffrey D. Kyle, Clerk
Third District Court of Appeals
Price Daniel Sr. Building
209 W. 14th Street, Room 101
Austin, Texas 78701

RE:     Trial Court Cause Number:  C2015-0395D
        Court of Appeals Number : 03-15-00807-CV

        Richard Montgomery, Individually, vs. Rolando H. Saenz, et al

Dear Mr. Kyle

I am the official court reporter of the 433rd Judicial District Court.  The above-referenced case was heard in my court on October 20, 2015, however, I was not the reporter.

Ms. Amy Ferro, deputy reporter, substituted in for me on that date.   Therefore, Ms. Ferro is charged with the responsibility of preparing the Reporter's Record in the above-styled and numbered cause for filing with the Third Court of Appeals. I have notified her of the request and forwarded the notice.

Her contact information is 713-306-6561, aferrocsr@yahoo.com.

Please advise should further action be required on my part. Thank you for your attention to this matter.

Respectfully yours,

Cindy Cummings

CC:  Ms. Michelle Robberson michelle.robberson@cooperscully.com
     Mr. Eric Hines eric.hines@cna.com
     Mr. Richard Fry rfrv@supportlaw.com
     Mr. Brent Rowe bbrowe@evans-rowe.com